IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RON HARDNEY, MANUEL PANNGASIRI, and MICHELLE SALWAY, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ABC PHONES OF NORTH CAROLINA, INC., <br><br> *Defendant.* | No. 5:20-cv-76-BO |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED that the above litigation is dismissed with prejudice. Plaintiffs Ron Hardney, Manuel Panngasiri, and Michelle Salway, including the 76 individuals who opted into the action, and Defendant ABC Phones of North Carolina, Inc. (collectively, the "Parties") will bear their own attorneys' fees and costs, except as confirmed by the Court pursuant to the terms of the Settlement and Release Agreement that the Parties submitted as Exhibit 1 to the Memorandum of Law in Support of the Joint Motion to Confirm Arbitration Award and Agreed Order of Dismissal.

SO ORDERED, this __1__ day of ~~May~~ June, 2021.

_____
TERRENCE W. BOYLE
~~CHIEF~~ UNITED STATES DISTRICT JUDGE